IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MISCHA P. DIX, | ) | 8:08CV270 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's second motion for enlargement of time (filing 13) is granted, and the briefing schedule is modified as follows:

1. Defendant shall file a brief by January 12, 2009;

2. Plaintiff may file a reply brief by January 26, 2009; and

3. This case shall be ripe for decision on January 27, 2009.

December 15, 2008.        BY THE COURT:

                                                      s/ *Richard G. Kopf*
                                                      United States District Judge